IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-14-94-14 |
| | § § § § | |
| JOSE REYES-MEDEL | § | |

**O R D E R**

The defendant filed an unopposed motion for an extension of time to file objections to the presentence report and a continuance of the sentencing hearing, (Docket Entry No. 380). The motion is GRANTED. The sentencing hearing is reset to **December 11, 2015 at 9:30 a.m.** Objections to the presentence report are to be filed by November 27, 2015.

SIGNED on September 1, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge